IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BRYCE FRANKLIN,

    Plaintiff,

v.                                                               No. 19-cv-0899 KWR/SMV

AMANDA ANAYA, KARL DOUGLAS,
THE GEO GROUP, and
the NEW MEXICO DEPARMENT OF CORRECTIONS,

    Defendants.

## ORDER EXTENDING DEADLINE TO FILE AMENDED COMPLAINT

**THIS MATTER** is before the Court Plaintiff Bryce Franklin's Motion for a (45) Day Time Extension to File Amended Complaint (the "Motion"). [Doc. 17]. The Court, having reviewed the Motion and being otherwise sufficiently advised, finds that the Motion is well taken and should be granted.

For the reasons stated in the Motion, the Court finds good cause to extend the deadline for Plaintiff to file an amended complaint, previously set to expire on August 22, 2022, by forty-five days.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that:

1.    The deadline for Plaintiff to file an amended complaint is **October 6, 2022**.

2.    Failure to timely file an amended complaint may result in dismissal of this case without further notice.

**IT IS SO ORDERED.**

                                                                                    _____

                                                                                    STEPHAN M. VIDMAR
                                                                                      **United States Magistrate Judge**