IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BRYCE FRANKLIN,

    Plaintiff,

v.                                                                                                 No. 1:19-cv-00899-KWR-SMV

AMANDA ANAYA, KARL DOUGLAS,
THE GEO GROUP, and the NEW
MEXICO DEPARMENT OF CORRECTIONS,

    Defendants.

## FINAL JUDGMENT

    Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal (**Doc. 20**) filed **October 14, 2022**, the Court issues its separate judgment finally disposing of this civil case.

    **IT IS ORDERED, ADJUDGED, AND DECREED** that this civil action is **DISMISSED WITH PREJUDICE**.

    **IT IS SO ORDERED.**

    _____
    **KEA W. RIGGS**
    **UNITED STATES DISTRICT JUDGE**