IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BRYCE FRANKLIN,

    Plaintiff,

v.                                                         No. 1:19-cv-00899-KWR-SMV

AMANDA ANAYA, KARL DOUGLAS,
THE GEO GROUP,

    Defendants.

## FINAL JUDGMENT

**PURSUANT TO** Fed. R. Civ. P. 58(a), and consistent with the Memorandum Opinion and Order (**Doc. 32**) filed on **February 8, 2023**, the Court issues its separate judgment finally disposing of this civil case.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the claims in the Amended Complaint (**Doc. 22**) are **DISMISSED,** and this civil case shall be **CLOSED**.

**IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**